# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **SAHRA ROOZBEHANI,** | § § § | |
| **Plaintiff,** | § § § | |
| v. | § § | **Case No. 5:23-cv-00613** |
| **BIRD RIDES, INC. d/b/a BIRD,** | § § § | |
| **Defendant.** | § § § | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Bird Rides, Inc. ("Bird") hereby removes this action from the District Court of Bexar County, Texas to the United States District Court for the Western District of Texas.

### STATE COURT LAWSUIT

1. This case involves a Texas citizen and resident, Plaintiff Sahra Roozbehani, who allegedly was injured in an incident on a Bird scooter. On April 20, 2023, Plaintiff filed suit against Bird in the District Court of Bexar County, Texas, Cause No. 2023CI07904, claiming that her injuries were caused by Bird's alleged negligence.

2. Bird now removes this case to this Court based on diversity jurisdiction.

### GROUNDS FOR REMOVAL

3. This action is removable pursuant to 28 U.S.C. § 1441. As set forth herein, this Court has original diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because

this action is between citizens of different states, and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

4. <u>Minimal Diversity Requirement</u>. As alleged in the State Petition, attached hereto as **Exhibit 1**, this action is between citizens of different states. Plaintiff is an adult citizen and resident of Texas. (*See* Ex. 1, State Petition, ¶ 2.) Bird is a citizen of a foreign state. Specifically, Bird is a Delaware corporation with its principal place of business located at 8605 Santa Monica Boulevard #20388, West Hollywood, California 90069. (*Id.*, ¶ 3.) Consequently, complete diversity exists because Plaintiff is a citizen of Texas, and Bird is a citizen of Delaware and California.

5. <u>Amount in Controversy Requirement</u>. The amount in controversy in this action exceeds the sum or value of $75,000, exclusive of interest and costs. As alleged in the State Petition, "Plaintiff seeks monetary relief over $1,000,000." (*Id.*, ¶ 36.)

## PROCEDURAL REQUIREMENTS

6. <u>Timeliness of Removal</u>. This Notice of Removal is timely because it is being filed within 30 days of Bird receiving, through service or otherwise, a copy of the State Petition. 28 U.S.C. § 1446(b)(1). Bird was served through its registered agent, National Registered Agents, Inc., by process server on April 27, 2023.

7. <u>Removal to Proper Court</u>. This Court is the appropriate court to which this action must be removed because it is part of the district and division within which this action is pending, namely, Bexar County, Texas. 28 U.S.C. §§ 1441(a), 1446(a).

8. <u>Filing and Service</u>. As required by 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be contemporaneously filed in the District Court of Bexar County and served on all counsel of record.

9. <u>Pleadings and Process</u>.  Bird has not been served with any process, pleadings, or orders in this action other than the Summons and State Petition.  *See* 28 U.S.C. § 1446(a). Bird is attaching an index of the docket sheet in the State Court action as **Exhibit 2**.

10. Bird reserves all of its rights and defenses, including without limitation those rights and defenses under Fed. R. Civ. P. 12 and will timely respond to the Petition in accordance with Fed. R. Civ. P. 81.

Respectfully submitted this 12th day of May, 2023.

**WATSON, CARAWAY,
MIDKIFF & LUNINGHAM, LLP**

*/s/ Ryan Trammell*
James W. Watson (SBN 20943100)
jwatson@watsoncaraway.com
Ryan Q. Trammell (SBN 24085877)
rtrammell@watsoncaraway.com
The Fort Worth Club Building
306 W. 7th Street, Suite 200
Fort Worth, Texas 76102
817/870-1717
817/338-4842 (FAX)

Stacy A. Alexejun, WI SBN 1074016
*(Pro Hac Vice Forthcoming)*
Sydney E. VanBerg, WI SBN 1101335
*(Pro Hac Vice Forthcoming)*
QUARLES & BRADY LLP
33 East Main Street, Ste. 900
Madison, WI 53703
stacy.alexejun@quarles.com
sydney.vanberg@quarles.com
eleina.arce@quarles.com
(608) 251-5000

**ATTORNEYS FOR DEFENDANT
BIRD RIDES, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2023, I caused a copy of the foregoing Notice of Removal to be sent by e-mail and U.S. Mail to the following counsel of record:

PERDUE & KIDD
Donald H. Kidd (SBN 11383100)
Michael R. Clinton (SBN 24087317)
777 Post Oak Blvd., Suite 450
Houston, TX 77056
dkidd@perdueandkidd.com
mclinton@perdueandkidd.com
eservice@perdueandkidd.com
Telephone: 713-520-2500
Facsimile: 713-520-2525

FIROUZBAKHT LAW FIRM
Eric Firouzbakht (SBN 24091800)
2040 N. Loop W, Suite 102
Houston, TX 77018
ef@firouzbakhtfirm.com
service@firouzbakhtfirm.com
Telephone: 832-779-8018
Facsimile: 832-726-0709

*Attorneys for Plaintiff Sahra Roozbehani*

                                            */s/ Ryan Trammell*
                                            Ryan Trammell