**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| ROOZBEHANI, SAHRA, | § | |
| *Plaintiff*, | § § § | |
| VS. | § | Case No.  SA-23-CV-00613-XR |
| | § § | |
| BIRD RIDES, INC. | § | |
| *Defendant*. | § § § | |

## <u>ADVISORY TO THE COURT</u>

TO THE HONORABLE XAVIER RODRIGUEZ, UNITED STATES DISTRICT JUDGE:

1.      Plaintiff provides this Advisory to the Court pursuant to the Court's April 6, 2026 Order [ECF Doc 32].

2.      The settlement agreement with the Bankruptcy Trustee announced in Plaintiff's last Advisory [ECF No. 31] is still in place, but it has not been funded.

3.      On April 9, 2026, Claire Colby McVan, counsel for the Bankruptcy Trustee, provided the following email response to Plaintiff's counsel's inquiry as to the status of the settlement funding:

> Don, we continue to make excellent progress on resolving outstanding claims. We are down to a very manageable number of remaining claims, but those that remain are some of the largest claims, so we are not able to make any distributions while they are outstanding. I am hopeful that we will know more in the very near future, and we will keep you posted as soon as we have a finite timeline for distributions.

4.      As much as Plaintiff would like to provide a definite timeline for settlement funding, Bankruptcy Trustee's counsel's April 9, 2026 email is the only available information.

Respectfully submitted this 8th day of April, 2026.

*/s/ Donald H. Kidd*
Donald H. Kidd
Texas Bar No. 11383100
dkidd@perdueandkidd.com
PERDUE & KIDD LLP
777 Post Oak Boulevard, Suite 450
Houston, TX 77056
(713) 520-2500 – Telephone

And

Eric Firouzbakht (*pro hac vice*)
ef@firouzbakhtlawfirm.com
Firouzbakht Law Firm
2040 North Loop West, Suite 102
Houston, TX 77018
(832) 779-8018

*Attorneys for Plaintiff Sahra Roozbehani*

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2026, a copy of the foregoing Advisory to the Court was electronically filed with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Donald H. Kidd*
Donald H. Kidd